IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CENGAGE LEARNING, INC., et al.,        )
                                       )
        Plaintiffs,                    )
                                       )
  v.                                   )   No. 13 C 4113
                                       )
LINDSEY BACHE,                         )
                                       )
        Defendant.                     )

## MEMORANDUM ORDER

This Court's August 22, 2013 memorandum order (1) identified the several respects in which the purported Answer filed by Lindsey Bache ("Bache") violated a number of basic principles of federal pleading, (2) struck Bache's filing sua sponte without prejudice to his replacing it promptly with a proper pleading and (3) notified Bache that failure to file a self-contained Amended Answer on or before August 30, 2013 would render him vulnerable to the entry of a default judgment. This Court has held off for more than 10 days after that August 30 deadline to see whether Bache would comply--but he has not. Accordingly he is declared in default and is a potential target for suffering the consequences of such default. Although the previously-set next status date is not until October 22, that does not preclude plaintiffs from seeking appropriate relief in the interim.

_____
  Milton I. Shadur
  Senior United States District Judge

Date: September 10, 2013