IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CENGAGE LEARNING, INC., et al., )
)
        Plaintiffs, )
)
 v. ) No. 13 C 4113
)
LINDSEY BACHE, etc., )
)
        Defendant. )

MEMORANDUM ORDER

On September 19, 2013 the plaintiffs in this copyright infringement action tendered their motion to set a briefing schedule for a motion for default judgment against defendant Lindsey Bache d/b/a KBTextbook ("Bache"). That motion was granted, with plaintiffs being ordered to file that motion with a supporting memorandum and any other supporting materials on or before October 21 and with Bache ordered to file a response to the motion on or before November 8. On October 21 plaintiffs timely filed their Application for Default Judgment and Permanent Injunction, but November 8 has come and gone without a response or a request for extension emanating from Bache. Nor is Bache entitled to invoke the one-day grace period embodied in this District Court's LR 5.2(f), because that provision kicks in <u>after</u> a pleading has been filed, and the current docket in this case reflects no filing.

Nonetheless this Court will not now grant the requested relief on the premise (however doubtful) that some good reason

may account for a total nonresponse to a proposed $1.5 million judgment. Because such inaction operates to plaintiffs' detriment, in the absence of some suitable response and explanation by Bache this Court contemplates granting plaintiffs' motion on November 20.

_____
Milton I. Shadur
Senior United States District Judge

Date: November 14, 2013